IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERNEST NELSON,<br>      Plaintiff,<br><br>v.<br><br>VERIZON PENNSYLVANIA, LLC,<br>      Defendant. | Civil No. 2:19-cv-05467-JMG |

**ORDER**

**AND NOW,** this 1st day of December, 2021, upon consideration of Defendant Verizon Pennsylvania, LLC's ("Verizon") Motion for Summary Judgment (ECF No. 23), Plaintiff Ernest Nelson's Opposition (ECF No. 24-3), Verizon's Reply (ECF No. 27), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. Verizon's Motion for Summary Judgment (ECF No. 23) is **GRANTED**.
2. Judgment is **ENTERED** in favor of Verizon and against Ernest Nelson on all counts.
3. The Clerk of Court shall mark this case as **CLOSED**.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge